FILED

# United States District Court
# ~~Southern~~ District of Florida
  middle

6:21-cv-2075

20 10 PM 2:42

...DLE DISTRICT COURT
...DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Melvin Richard Robinson III

v

1. Publix Super Markets, Inc. Pharmacy located at 2000 Cheney Hwy, Fl Titusville Fl. 32780.

   2. U.S. Food and Drug Administration 144 Research Dr. Hampton, Virginia 23666 Janet Woodcock, commissioner

   3. U.S. Drug Enforcement Administration Port St. Lucie, Fl 34983 Anne Milgram, Administrator

   4. U.S. Environmental Protection Agency 1200 Pennsylvania Ave N.W Washington, DC 20460 Micheal Regan, Administrator

   5. Florida Board Of Pharmacy 4052 Bald Cypress Way, Tallahassee, Fl. 32311: Jessica Sapp. Executive Director

## EMERGENCY ORDER/TRO/INJUCTIVE RELIEF
ADA TITLE 3 Access to Medical Care for individuals with disabilities: Negligence per se, Section 504 Rehabilitation Act of 1973: Access to pharmacy that accepts Medicare, Medicaid and other government funding for payment.

A. I'm asking the Federal Court to place a TRO with Injunctive relief on Publix Pharmacy at 2000 Cheney, Hwy Titusville, Fl 32780 to fill my perception for cyclobenzaprine and Hydrocodone- Acetamin 10-325mg at the closet Publix Super Market to my Temporary Residence at 2911 Frontier Dr. Titusville, Fl 32796 as I recover from C5-C6 disc replacement and L5-S1 lower back microdiscectomy, I have

not been cleared to drive. I'm asking for an Emergency order for Publix to fill my prescriptions at the nearest location.

B. Publix is discriminating against me during my period of disability with mobility. Publix is forcing me to drive 171miles to a different Publix on 4966 Le Chalet Blvd, Boynton Beach Fl. 33436 for the same product when I'm unable to drive because of recent spinal surgery. They are in violation of ADA title 3 and Section 504 Rehabilitation Act by forcing me to drive 171 miles to pick up the same product at the closet one to my temporary living arrangement at 2911 Frontier Dr. Titusville Fl, 32796

C. The Publix at 2000 Cheney Hwy, Titusville Fl 32780 already filled the same prescriptions once and now they are telling me to drive 171miles away when I'm not cleared to drive.

## TIMELINE OF EVENTS

1. Publix Super Market , Inc- The Publix Pharmacy Closest to my Temporary Resident in Florida is refusing to fill my perception. Publix told me that my doctor isn't located in Titusville Fl. I was told I have to travel to the Publix in Boynton Beach that is over 171 miles from my temporay residence in Titusville, Fl.
2. Publix is violating Federal ADA, Title III, law for people with mobility issues and Section 504 of the rehabilitation Act for people who accept Government payments for healthcare needs.

3. I was involved in a car accident in Palm Beach County in Dec2018. After receiving medical care for a couple months in South Florida I moved back home to North Carolina.
4. The doctors in North Carolina misdiagnosed me with DDD, carpal tunnel, depression and anxiety.
5. I had to sell my home in North Carolina because I wasn't able to work do to the missed injuries by South Eastern Sports Medicine.
6. I was homeless and looking for a doctor who would treat my injuries with payments held.
7. I stayed in Palm Beach County for a couple of months because of the way the car insurance is set up in Florida.
8. I stayed at my sister's home in Palm Beach County, slept in my car at times and rented an apartment in Lake Worth for a month.
9. Currently, I live at 2911 Frontier Dr. in Titusville Fl. 32796 because I hired a support person to help me complete tasks due to my concussion.
   I did see different doctors do to the complexity of my injuries. I visited Dr. Tapia in Boynton Beach before switching to Dr. Krost in Port St. Lucie.
     11. I followed the rules and told Dr. Krost that I ended my associatiom with Dr. Tapia because Dr. Krost does disability applications and pain management. It's easier to have one doctor for two different tasks of pain management and disability claim.
     12. I had to sell my home because of this car accident and spent a couple months looking for a stable

temporary residence while I recover from surgery. I will move back to my home state of North Carolina once I finish my recovery after my court case which begins March 14 for 8 weeks in Palm Beach County. I was forced into this position because the way insurance is set up in Florida.

## CONCLUSION

1. I'm asking for an emergency order, TRO and injunctive Relief that the closest Publix 2000 Cheney Hwy, Titusville Fl, 32780 fill my prescription. It is the closest location to my temporary residence at 2911 Frontier Dr. Titusville Fl, 32796.
2. I'm asking for financial damages as allowed under Section 504 Rehabilitation Act and ADA Title 3 Negligence per see because as of Dec 7, 2021 I don't have access to prescribed medication in accordance of the law due to Publix discriminating me access to medical care for people with mobility issues.

Melvin Richard Robinson III
2911 Frontier Dr. Titusville, 32796

*[signature]*

All my paper work and court filings are under the supervision of a support person due to my injuries.